Ralph E. Prime, Jr., et al., as Trustees under the Will of Ralph E. Prime, Deceased, Appellants, v. The City of Yonkers, Respondent.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.